U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2017 JAN 25 PM 2:36

CLERK

BY ~~DEPUTY CLERK~~

| | |
|---|---|
| United States of America<br>v.<br><br>Rashad R. Phillips<br>Saquon Moore<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:17-mj-6-1, 2<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 24, 2017___ in the county of ___Chittenden___ in the _____ District of ___Vermont___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a), (b)(2)(C) | Knowingly possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule I controlled substance. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Det. Cpl. Dwayne A. Mellis, BPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/25/2017

*Judge's signature*

City and state: Burlington, VT

United States Magistrate Judge John M. Conroy
*Printed name and title*