**RE:** Moore, Saquon
**Registration #:** 11852-049

To Whom It May Concern:

Saquon Moore, is a 30-year-old non-Hispanic Black male, currently residing at the Hampshire House, a halfway house for federal corrections inmates. The subject completed 34 months federal prison, Fort Dix, and is currently completing an 8-month term at the halfway house. He is from the Boston, though his charge is out of Vermont, he plans on relocating to NH. While incarcerated the client completed the Residential Drug Abuse Program (RDAP) and is eligible for a year reduction in his sentence after completing his aftercare at the halfway house as a e-3621inmate. He started his treatment episode on December 10, 2019 and participated in weekly individual and group counseling. He is eligible for home confinement and due to be released by October of 2020 to begin his supervised release. He continues his counseling and will continue to participate in counseling until his release from BOP custody. Treatment interventions utilize a CBT approach to address issues related to relapse prevention and recovery resiliency as well as criminal and irrational thinking errors aimed to reduce risk of recidivism.

He describes his treatment as a very favorable experience. The client shared his RDAP involvement gave him a chance to reflect on his self and make positive changes in his life. He was particularly fond of RSA/ABC's and appreciated an environment of positive change which is something that was new to him. He ended up spending 17 months on the unit and served as mentor and as chairman of the Moving Forward Committee and was recognized for assisting the community hold each other accountable. During our treatment the client has shown an ability to apply the skills like an RSA and Attitude Check in his life.

Mr. Moore is challenged by a lack of work history but has had two jobs during his stay at the Hampshire House and was gainfully employed with a demolition company until the company shut down due to the NH Governor's Stay at Home Order. He plans to return to work in the near future when the company starts back up.

Mr. Moore demonstrates an ability to recognize his triggers, cognitions, and verbalizes a strong desire to better himself. He is a fast learner and determined.

6/8/20

_____               _____
Charles Novak, MS, MLADC                      Date