

Hampshire House RRC
1490 -1492 Elm Street
Manchester, NH 03101
(p) 603.518.5128
(f) 603.518.5137

## Release Plan- Not yet approved by USPO/FBOP

Date:	June 4, 2020
Resident:	MOORE, Saquon
Register No.	11852-082

---

Saquon Moore arrived to our facility on 12/3/2019

He is eligible for home detention as of 4/5/2020

He is scheduled to be released on 10/5/2020 via GCT.

The following is his release plan:

**Employment:**	**Residence:**

Rangeley Enterprises	█████████████

	█████████████

Please indicate your approval or disapproval of this release plan and return this form to our facility as soon as possible.

Respectfully submitted,

Savana Melanson Buxton
Case Manager
Hampshire House

---

**Release Plan:**	Approved [ ]	Disapproved [ ]

If disapproved please explain reason:

**Are there any objections to Home confinement?**
[ ] Y	[ ] N	If yes, please explain: _____

_____

_____	___/___/___
	Date
USPO, please sign and print your name