U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUN 24 PM 4: 44

CLERK
BY_____lAW_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 2:17-cr-0005 |
| | ) | |
| SAQUON MOORE | ) | |

## ORDER SEALING SUPPLEMENTAL ATTACHMENT TO DEFENDANT'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE

On June 15, 2020, Defendant Saquon Moore filed a motion requesting that an additional supplemental attachment to his Emergency Motion For Compassionate Release (Doc. 248) be sealed on the grounds that the attachment consisted of his medical records containing confidential medical information.

The Court having considered Defendant's motion and with good cause shown hereby GRANTS Defendant's motion and it is hereby ORDERED that the additional supplemental attachment to Defendant's Emergency Motion For Compassionate Release is SEALED.

DATED at Burlington, Vermont this 24th day of June, 2020.

Honorable Judge Christina Reiss
United States District Court Judge