UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No. 2:17-cr-0005 |
| | ) | |
| SAQUON MOORE | ) | |

### **DEFENDANT'S ADDITIONAL SUPPLEMENTAL ATTACHMENTS IN SUPPORT OF EMERGENCY MOTION FOR COMPASSIONATE RELEASE**

NOW COMES, Defendant Saquon Moore, by and through undersigned counsel, and hereby files the following additional supplemental attachments in support of his Emergency Motion For Compassionate Release (Doc. 248):

- Medical Records – Bureau of Prisons Health Services
- Prescription Information
- RDAP Records

Given that the supplemental attachments consist of Defendant's confidential medical and treatment information, counsel will file a motion to seal the attachments for the Court's consideration.

DATED at Burlington, Vermont this 26th day of June, 2020.

Respectfully submitted,

SAQUON MOORE

/s/ Brooks G. McArthur_____
Brooks G. McArthur, Esq.
Jarvis, McArthur & Williams