| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:17CR00005-2 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 1:21-cr-179-LM-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Saquon Moore District of New Hampshire | DISTRICT DISTRICT OF VERMONT | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Christina Reiss | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/29/2020 — TO 6/28/2024 |

**OFFENSE**

Conspiracy to Distribute Fentanyl & 28 Grams or More of Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/18/21
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 20, 2021
Effective Date

_____
United States District Judge